# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:22-CR-00139-7-BCW |
| | ) | |
| STEPHEN MANNING, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

Before the Court is Magistrate Judge Gaddy's Report and Recommendation denying Defendant's motion to dismiss Count IX of the Indictment. (Doc. #407). No objections to the Report and Recommendation were filed. After an independent review of the record, the applicable law, and the parties' arguments, the Court adopts Magistrate Judge Gaddy's findings of fact and conclusions of law. Accordingly, it is hereby

ORDERED for the reasons stated in the Report and Recommendation (Doc. #407), Defendant's motion to dismiss Count IX of the Indictment (Doc. #383) is DENIED. It is further

ORDERED that Magistrate Judge Gaddy's Report and Recommendation are to be attached to and made part of this Order.

IT IS SO ORDERED.

DATED: July 3, 2024

/s/ Brian C. Wimes
JUDGE BRIAN C. WIMES
UNITED STATES DISTRICT COURT