**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:22-CR-00139-7-BCW |
| | ) | |
| STEPHEN MANNING, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Before the Court is Magistrate Judge Gaddy's Report and Recommendation denying Defendant's Motion to Suppress. (Doc. #408). On December 18, 2023, an evidentiary hearing was held (Doc. #353), and on May 22, 2024, Magistrate Judge Gaddy issued the instant Report and Recommendation. (Doc. #408). On June 8, 2024, Defendant objected to the Report and Recommendation. (Doc. #416). After an independent review of the record, the applicable law, and the parties' arguments, the Court adopts Magistrate Judge Gaddy's findings of fact and conclusions of law. Accordingly, it is hereby

ORDERED for the reasons stated in the Report and Recommendation (Doc. #408), Defendant's Motion to Suppress Evidence (Doc. #298) is DENIED. It is further

ORDERED that Magistrate Judge Gaddy's Report and Recommendation is to be attached to and made part of this Order.

IT IS SO ORDERED.

DATED: July 18, 2024                                   /s/ Brian C. Wimes
                                                       JUDGE BRIAN C. WIMES
                                                       UNITED STATES DISTRICT COURT